IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN RYAN OSWALD,

                          Plaintiff,

    v.

TRANSUNION,

                          Defendant.

ORDER

08-cv-739-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN RYAN OSWALD,

                          Plaintiff,

    v.

EXPERIAN,

                          Defendant.

ORDER

08-cv-743-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On January 26, 2009, I granted plaintiff leave to proceed in these cases on his claims that defendants failed to investigate information on his credit report that he identified as fraudulent. The defendants have filed answers to the complaints and preliminary pretrial conferences are scheduled to be held in each case on March 6, 2009. Twice in the last three

1

weeks, however, plaintiff has submitted documents that appear to be intended as evidence in support of his claims. There is no reason for any party to be filing evidence at this early stage of the proceedings. Evidence is proper either in connection with a motion requiring evidentiary support or at trial. At this time, there are no motions pending and trial has not been scheduled.

In summary, although plaintiff's documents have been made a part of the record in this case, no consideration will be given to his submissions.

Entered this 4th day of March, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge