IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN RYAN OSWALD,

                                                ORDER

                Plaintiff,

                                               08-cv-739-bbc

     v.

TRANSUNION,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Before the court is defendant Transunion's motion for summary judgment on plaintiff John Ryan Oswald's claim that defendant violated his rights under the Fair Credit Reporting Act, 15 U.S.C. § 1681i, by refusing to investigate information on his credit report that he had identified as fraudulent.  In its motion, defendant denies that it refused any request by plaintiff to investigate fraudulent information; in fact, defendant denies that plaintiff ever contacted it about false information on his credit report.

      It is plaintiff's burden in opposing a motion for summary judgment to show that a genuine issue of fact remains for trial, Borello v. Allison, 446 F.3d 742, 748 (7th Cir. 2006), but he has failed to respond to defendant's motion in any way.  Accordingly, I must accept defendant's version of the facts as true, Doe v. Cunningham, 30 F.3d 879, 883 (7th Cir.

1

1994), which means that it is undisputed that defendant did not violate plaintiff's rights under § 1681i. Under these circumstances, summary judgment is appropriate.

ORDER

IT IS ORDERED that defendant Transunion's motion for summary judgment, dkt. ##18 and 22, is GRANTED. The clerk of court is directed to enter judgment in favor of defendant and close the case.

Entered this 3rd day of November, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2